# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ANDREW HEUBERGER,

    Plaintiffs,

v.

CRJ MANAGEMENT SERVICES INC.,

    Defendant.

NO. 3:17-CV-725

(JUDGE CAPUTO)

## ORDER

**NOW**, this 27th day of April, 2017, **IT IS HEREBY ORDERED** that Plaintiff is given fourteen (14) days from the date of this Order to file an amended complaint properly alleging diversity jurisdiction. If Plaintiff fails to do so, the action will be dismissed.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge